**ORD**
**Michael Anello**
Nevada Bar # 15007
**The Law Offices of Adam J. Graves LLC**
1515 E. Tropicana Ave., Ste 530
Las Vegas, NV 89119
Tel. 702-895-9111
Fax 702-895-6816
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:20-mj-00863-EJY |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MICHELLE SMITH, ) | |
| ) | |
| Defendant. ) | |

**AMENDED ORDER ON STIPULATED MOTION TO WITHDRAW PLEA**

The Court, now having been fully apprised of the premises, and pursuant to the Petty Offense Plea Agreement dated February 2nd, 2021 hereby GRANTS the Defendant's Stipulated Motion to Withdraw her plea to Operating a Vessel While Under the Influence of Alcohol and accepts her plea to the AMENDED charge of Negligent Operation of a Vessel, a violation of Title 36, Code of Federal Regulations, 3.8 (a). The Court will also GRANT the request to apply the same sentencing terms to the amended charge as applied to the original charge.

DATED this 18t day of August, 2021.

1

IT IS HEREBY ORDERED that the Stipulated Motion to Withdraw Plea (ECF No. 9) is GRANTED.

IT IS FURTHER ORDERED that the Amended Order on Stipulated Motion to Withdraw Plea (ECF No. 11) is GRANTED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: August 19, 2021